UNDISTRIBUTED BALANCE

FILED PT

2002 MAR 22  AM 9:44

CLERK
U.S. BANKRUPTCY CT.
SO DIST OF CALIF.

UNITED STATED BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

Rec't # 160751

| | |
|---|---|
| TO: | CLERK, BANKRUPTCY COURT |
| DATE: | February 19, 2002 |
| DEBTOR: | Cameron Lussier |
| CH 13 CASE NO: | 0001815 |

ASSIGNED JUDGE: HONORABLE JAMES MEYERS

AMOUNT OF CHECK: $ 1,568.35

TRANSMITTED HEREWITH IS A CHECK IN THE AMOUNT FOR DEPOSIT INTO THE COURT REGISTRY AS UNCLAIMED PROPERTY FOR THE ABOVE DESCRIBED CHAPTER 13 CASE.

EXPLANATION OF SOURCES:

| NAME OF PAYEE ON UNCLAIMED DIVIDEND CHECK: | AMOUNT |
|---|---|
| Cameron Lussier<br>7400 Parkway Drive  Unit #129<br>La Mesa CA 91942 | $ 1,568.35 |

THOMAS H. BILLINGSLEA, JR.  TRUSTEE
CHAPTER 13 CASES,  BY

_Cindy Blum_, CLERK
CINDY BLUM

SEND THE ORIGINAL AND CHECK DIRECTLY TO CLERK, BANKRUPTCY COURT